UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

RECEIVED _____ Division

MAR - 3 2021

BY MAIL

JESSE BELL / Imn 1878

CAUSE NO.

VS.

PLAINTIFF Request Trial by Jury

Jefferson County Sheriff Department

yes _____ ✓ NO

PRISONER CIVIL RIGHTS Complaint Under 42 U.S.C § 1983

PG 1

I. The Parties to the Complaint

  A. THE Plaintiff

    NAME: Jesse Bell / Imn 1878

    Current Institution

    <u>Jefferson County Jail</u>

      P.O. Box 100

      Hillsboro, MO 63050

Indicate your prisoner Status:

  ☒ PretRIAL DETAINEE

  <u>B. THE DEFENDANT (S)</u>

  NAME: Jefferson County SHERIFF Department

  Job or TiTLE: " Peace officeR(s ) "

  ADDRESS: 400 1st STREET

      HIllSBORO, MO 63050

_____ IndiviDual Capacity      ✓_____ Official Capacity

PG 2

# Statemet of Claim

After putting much needed thought into this due to
the unjustice I have been handed since I was a young
Teenager. Iv decided To ask that the corts to please investigate
One rough ex Jefferson County / Burns mill Police
officer and all the charges. "Traffic or Criminal"
Felony or Misdemeaner. Growing up this man
Mike Smith constantly harrassed me costing me
Thousands of dollars and even Time of my life.
This man has been provin to be Unfit to be An
Law officer by many means. Please investigate this
Matter and All the Jabberwocky that came along
with it. The Amount of Police Corruption
That Lies within the Jefferson County Sheriffs
office is Constitutionslly Incorrect and
Something has got to be done About it
No united States Citizen should Fear ther
Own Law Enforcement

Respectfully Submitted

Jesse Allen Bell

2-28-21

Statement of CLAIM

After Investigating this matter You will See that This man Has Been Terminated From being A Law Officer For More THAN One Resson LIKE IL SAID PREVIOUSLY THE JeFFerson County Corts ARENT PROVIDEN ME WITH MY Record Requests But IF For Some Resson I get them to I will Jend it

2/28/21                    Jose Allen Bell

## III Injuries

My Injuries from this is All Mental, It has caused me to be a very inclosed person that has a very hard time trusting in anyone with Authority. Deplination of Charictor wich has caused me to have a very low self worth. This man has caused me to be so affraid to speak up for myself

This will Date Back All the WAY TO 1996

PG 4.

# IV Relief

State Briefly And Precisely what You want the Court To Do For you IF you are Requesting Money DAMAGES, Include The Amounts of Any Actual Damages And /or Punitive Damages. You ARE Claiming. Explain WHY You Believe You Believe you ARE ENTITLED TO RECOVER THOSE Damages.

Im Requesting THAT I Get All THE CHARGES THAT ARE ON MY RECORD With this MANS Name on them ERAsed From my Record Plus All THE COST I PAID TO THE COrts /Fines And ATTORNEY FEE'S
I TRIED TO GET All THE RECORDS FROM RECORDS With No Results Plus Whatever the Court Sees Fit For PuNiTIVE DAMAGES PlEASE
V.
I Have. Both RecoRDS (3) Times And even The Sheriff With Negitive Results. ADMIN has Threatent to Shut my PiN Down IF I File Any more Grievences

(NOTE) Pages 5.6 are not Applicable. They wont let me File Any Grievance

PG5.

## VI Previous Lawsuits

THERE IS ANOTHER LAWSUIT PENDING IN YOUR Courts
CASE# 4:21-CV-00061-AGF For Police Corruption
and Brutality as well

NO CASES HAVE EVER Been dismissed on The Basis
of this "THREE STRIKES Rule"

I have asked To speak with Administration Regarding
This but not with Negitive Results
Also a letter has been sent to the Sheriff Massack
with Negitive Results

(NOTE) PG 9 is NOT APPLICABLE

PG 8.

# VII Certification And Closing

UNDER FEDERAL RULE OF CIVIL PROCEDURE 11, BL SIGNING BELOW, I CERTIFY TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF THAT THIS COMPLAINT:

(1) is not being presented For any Improper purposes, such as TO HARASS, Cause unnecessary Delay, or need lessly increase the Cost of litigation

(2) Is supported by Existing Law or By A Non Privolous Argument For extending, Modifying, or Reversing existing Law

(3) THe Factual Contentions Have Evidentiary support or, IF Specifically So Identified, will likely have Evidentiary support After A Reasonable Opportunity For Further Investigation or Discovery: And (4) The complaint otherwise complies with the Requirements of Rule 11.

I AGREE TO PROVIDE THE CLERK'S OFFICE WITH ANY CHANGES TO MY ADDRESS WHERE CASE-RELATED PAPPERS MAY BE SERVED. I UNDERSTAND THAT MY Failure TO KEEP A Current ADDRESS ON FILE WITH THE CLERK'S OFFICE MAY RESULT IN THE DISMISSAL OF MY CASE

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT

SIGNED THIS 28th DAY OF February 2021

SIGNATUR OF PLAINTIFF _____

PG 10